Richard K. Gustafson II (Bar No. 193914)
Legal Helpers, P.C.
233 S. Wacker Drive, Suite 5150
Chicago, IL 60606
Tel:  1.866.339.1156
Fax: 1.312.822.1064
Email:  rkg@legalhelpers.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| Tanya Johnson, | Case No. 2:09-cv-04231-SJO-PLA |
|      Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Delanor, Kemper & Associates, LLC, | |
|      Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby gives notice that the parties in the above-captioned matter reached a settlement.   Plaintiff anticipates filing a Notice of Dismissal with Prejudice in 30 days.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: */s/ Richard K. Gustafson*
Richard K. Gustafson II (Bar No. 193914)
233 S. Wacker Drive, Suite 5150
Chicago, IL 60606
Tel:  1.866.339.1156
Fax: 1.312.822.1064
Email:  rkg@legalhelpers.com
*Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on November 11, 2009, a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  The following party was served through U.S. Mail:

Matthew R. Rosenkoff, Esq.
Weinstock & Scavo, P.C.
3405 Piedmont Road, Suite 300
Atlanta, GA 30305
*Attorney for Defendant*

*/s/ Richard J. Meier*